# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DEEL SZEKLINSKI,**

          Plaintiff,

        V.                                    CASE NUMBER: **04-C-1040**

**CITY OF OAK CREEK,
POLICE CHIEF THOMAS BAUER,
CITY ATTORNEY LARRY HASKIN,
CITY ATTORNEY BARRY BROOK,
POLICE OFFICER DEAN KLEINHANS,
JUDGE ALICE RUDEBUSCH,
JANE DOES I-IV, and JOHN DOE,**

          Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendants' motion to dismiss and/or for Judgment on the Pleadings pursuant to Rule 12(b)(6) and Rule 12(c) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted is GRANTED. The plaintiff's motion to dismiss is Denied. This action is hereby DISMISSED with Prejudice.**

    **February 16, 2006**                                        **SOFRON B. NEDILSKY**
Date                                                                      Clerk

                                                                           s/ Linda M. Zik
                                                                           (By) Deputy Clerk